IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN OWCA, | : |
|     Plaintiff | : |
| v. | : |
| | : CIVIL ACTION NO. 3:19-cv-00142 |
| MOJACK DISTRIBUTERS, LLC, | : |
| | :     (Judge Wilson) |
|     Defendant | : |

## STIPULATION FOR DISMISSAL

A full and final settlement of the above referenced matter has been reached and therefore the parties hereby stipulate to the dismissal, with prejudice, of the above referenced matter pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**By the parties:**

DOUGHERTY, LEVENTHAL & PRICE, LLP

Date: July 17, 2020

By _____
James Wetter, Esquire
**Counsel for Plaintiff**

**DELANY LAW**

Date: July 17, 2020

By _____
John J. Delany, III, Esquire
**Counsel for Defendants**